# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-cr-00005-5 |
| v. | ORDER |
| MICHAEL TAYLOR, *Defendant.* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Ballou filed a Report and Recommendation (the "Report") on April 1, 2013, in which he recommended that the Court accept Defendant Michael Taylor's plea of guilty to the offense charged in Count One of the Indictment and adjudge the Defendant guilty of that felony offense.

After a careful review of the record, and no objection having been filed to the Report within ten days of its service upon the parties, this Court ADOPTS the Report in its entirety, FINDS the Defendant guilty of Count One of the Indictment, and ADJUDGES him guilty of that offense. A presentence report in this matter shall be prepared.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this \_\_\_16th\_\_\_ day of April, 2013.

                                                                _____
                                                                NORMAN K. MOON
                                                                UNITED STATES DISTRICT JUDGE